■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS ROSS, Appellant. [673 NYS2d 325] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered February 21, 1996, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the court's *Sandoval* ruling properly balanced the probative value and the prejudicial effect of permitting inquiry into the defendant's prior convictions if he testified regarding his self-serving out-of-court statement (*see, People v Walker*, 83 NY2d 455; *People v Sandoval*, 34 NY2d 371; *People v Byrd*, 173 AD2d 549).

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish that the defendant unlawfully broke into the complainant's garage, which was attached to the house, to commit a crime therein (*see, People v Barnes*, 50 NY2d 375, 381; *People v Humphrey*, 124 AD2d 822). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

Based on the record, viewed in totality, the defendant received meaningful representation (*see, People v Flores*, 84 NY2d 184, 187; *People v Badia*, 159 AD2d 577, 578).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Ritter, J. P., Thompson, Altman and McGinity, JJ., concur.